IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**VYRON WHEELER**
Reg #10989-007                                                                                    **PETITIONER**

v.                        Case No. 2:14-cv-00064 KGB/JTR

**C.V. RIVERA, Warden,**
**FCI Forrest City**                                                                               **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 15) and the timely objections filed by petitioner Vyron Wheeler (Dkt. No. 16).  After carefully considering the Recommended Disposition and the objections, and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1.    The Court denies and dismisses with prejudice Mr. Wheeler's petition for a writ of *habeas corpus*.  Judgment will be entered accordingly

2.    The Court construes Mr. Wheeler's "Motion for Writ of Mandamus" as a motion for change of venue and denies the motion as futile (Dkt. No. 14).

3.    The Court denies the request to issue a certificate of appealability.

SO ORDERED this 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE