**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**VYRON WHEELER**
**Reg #10989-007**                                                                    **PETITIONER**

**v.**                                        **Case No. 2:14-cv-00064 KGB/JTR**

**C.V. RIVERA, Warden,**
**FCI Forrest City**                                                                **RESPONDENT**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, this *habeas corpus* action is

dismissed with prejudice.  The relief requested is denied.

SO ADJUDGED this 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE